UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIO ALFRED MEDINA, | : |
| JOS VENTURA, | : |
| MARIO DAVALOS, JUAN GALDUMEZ, | : |
| FREDY DAVILA, | : |
| ALESSANDRO SABINO DASILVA, | : |
| OSCAR CARBAJAL, | : |
| CESAR GONZALES, | : |
| EDUARDO BERSOSA, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   No. 3:09cv1430 (MRK) |
| | : |
| UNLIMITED SYSTEMS, LLC and | : |
| ROBERT PSZCZOLA, | : |
| | : |
| Defendants. | : |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, as a result of the plaintiff's Motion for Default Judgment. On January 4, 2010, default was entered against defendants, Unlimited Systems, LLC and Robert Pszczola. On February 4, 2010, a Ruling and Order entered granting the relief and ordering that judgment enter for the plaintiffs, Mario Alfred Medina, Jos Ventura, Mario Davalos, Juan Galdumez, Fredy Davila, Alessandro Sabino Dasilva, Oscar Carbajal, Cesar Gonzales, Eduardo Bersosa, against the defendants, Unlimited Systems, LLC and Robert Pszczola, in the amount of $49,707.94 in damages and $6,244.50 in attorneys' fees and costs of $607.34 for a total of $56,559.78.

Therefore, it is ORDERED and ADJUDGED that judgment enter for the plaintiffs, Mario Alfred Medina, Jos Ventura, Mario Davalos, Juan Galdumez, Fredy Davila, Alessandro Sabino Dasilva, Oscar Carbajal, Cesar Gonzales, Eduardo Bersosa, against the defendants, Unlimited

EOD: _____

Systems, LLC and Robert Pszczola, in the amount of $49,707.94 in damages and $6,244.50 in attorneys' fees and costs of $607.34 for a total of $56,559.78 and the case is closed.

Dated at New Haven, Connecticut this 4th day of February 2010.

                                                ROBIN D. TABORA, Clerk
By
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk