# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mario Alfred Medina, Jos Ventura, Mario Davalos, Juan Galdumez, Fredy Davila, Alessandro Sabino DaSilva, Oscar Carbajal (aka Oscar Duran) Cesar Gonzales and Eduardo Bersosa<br><br>Plaintiffs,<br><br>v.<br><br>Unlimited Systems, LLC and Robert Pszczola<br><br>Defendants. | CIVIL ACTION NO:<br>3:09-CV-1430(JCH)<br><br><br><br><br><br>July 17, 2013 |

## NOTICE OF SATISFACTION OF JUDGMENT

On February 4, 2010, the Court entered a judgment in this matter in favor of the plaintiffs and against the defendants in the total amount of $56,559.78. The plaintiffs now affirmatively state that the judgment has been satisfied through compromise with the defendants.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS, by

_____/ s /_____
Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-232-7818
pdgoselin@gmail.com

CERTIFICATE OF SERVICE

This is to certify that on July 17, 2013, the foregoing Notice of Satisfaction of Judgment was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    / s /
                           Peter Goselin